

**U.S. Department of Justice**

*Criminal Division*
*Fraud Section*

_____
*Nicholas K. Peone*        *970 Broad Street, 7th floor*        (202) 923-7818
*Trial Attorney*           *Newark, New Jersey 07102*

September 22, 2025

**VIA EMAIL ONLY**

Honorable Karen M. Williams
U.S. District Judge
U.S. District Court – District of New Jersey
Mitchell H. Cohen Building & Federal Courthouse
Fourth & Cooper Streets, Room 6050
Camden, New Jersey 08101

   Re: <u>United States v. Boris Veysman, No. 25-cr-405</u>

Dear Judge Williams:

  Defendant Boris Veysman's sentencing hearing is currently set for October 23, 2025 at 11:00 a.m. in case number 25-cr-405. The parties conferred and respectfully request that sentencing be adjourned for four months.

  Please let us know if the Court is unavailable at that time, and the parties will propose alternatives dates. Thank you.

              Respectfully submitted,

TODD BLANCHE                         LORINDA LARYEA
U.S. Deputy Attorney General         Acting Chief
                                     Criminal Division, Fraud Section
ALINA HABBA                          U.S. Department of Justice
Acting United States Attorney
Special Attorney
                                     */s/ Nicholas K. Peone*
                                     NICHOLAS K. PEONE
                                     Criminal Division, Fraud Section
                                     U.S. Department of Justice