

U.S. Department of Justice

*Criminal Division*
*Fraud Section*

---

*Nicholas K. Peone*　　　　　　　*970 Broad Street, 7th floor*　　　　　*(202) 923-7818*
*Trial Attorney*　　　　　　　　　*Newark, New Jersey 07102*

February 4, 2026

**VIA EMAIL ONLY**

Honorable Karen M. Williams
U.S. District Judge
U.S. District Court – District of New Jersey
Mitchell H. Cohen Building & Federal Courthouse
Fourth & Cooper Streets, Room 6050
Camden, New Jersey 08101

　　　Re:　<u>United States v. Boris Veysman, No. 25-cr-405</u>

Dear Judge Williams:

　　　Defendant Boris Veysman's sentencing hearing is currently set for February 24, 2026 at 11:00 a.m. in case number 25-cr-405. The parties conferred and respectfully request that sentencing be adjourned for four months.

　　　Please let us know if the Court is unavailable at that time, and the parties will propose alternatives dates. Thank you.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　LORINDA LARYEA
　　　　　　　　　　　　　　　　　　Chief
　　　　　　　　　　　　　　　　　　Criminal Division, Fraud Section
　　　　　　　　　　　　　　　　　　U.S. Department of Justice


　　　　　　　　　　　　　　　　　　*/s/ Nicholas K. Peone*
　　　　　　　　　　　　　　　　　　NICHOLAS K. PEONE
　　　　　　　　　　　　　　　　　　Criminal Division, Fraud Section
　　　　　　　　　　　　　　　　　　U.S. Department of Justice